Date: 01/06/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 108 Dated 01/06/10
Case Number 08-35669 - HANG, CHUE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Star Tribune**<br>**Attn Mark Ridgway**<br>**P.O. Box 1265**<br>**Minneapolis MN 55440**<br>  FINAL DISTRIBUTION<br>  A601 | **000003** | 37.40 | 3.55 |
| ---------- Remittance Total ---------- | | 37.40 | 3.55 |

*John A. Hedback, Trustee*

[Stamp: US BANKRUPTCY COURT, ST. PAUL, MN, 09 JAN -7 AM 9:34, RECEIVED]